**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ERRIS EDGERLY,

                    *Plaintiff-Appellant,*

             v.

CITY AND COUNTY OF SAN
FRANCISCO; DAVID GOFF; JOHN
CONEFREY; FREDERICK SCHIFF,
                    *Defendants-Appellees.*

Nos. 05-15080
        05-15382

D.C. No.
CV-03-02169-WHA

ORDER

Filed May 22, 2008

Before: William C. Canby, Jr., John T. Noonan, and
Richard A. Paez, Circuit Judges.

_____

## ORDER

The petition for panel rehearing is GRANTED. The petition for rehearing with suggestion for rehearing en banc is DENIED as moot. The opinion filed on July 17, 2007 and reported at 495 F.3d 645 (9th Cir. 2007) is WITHDRAWN. The panel will file a new disposition in due course.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.